884 A.2d 1257

IN THE MATTER OF JAMES C. CONLON, AN ATTORNEY AT LAW (ATTORNEY NO. 165791952).

November 9, 2005.

ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **JAMES C. CONLON** of **UNION**, who was admitted to the bar of this State in 1952;

And the District XII Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.8(c) (taking of a gift from a client who is not a relative);

And the parties having agreed that respondent's conduct violated *RPC* 1.8(c), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JAMES C. CONLON** of **UNION** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.